# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2008

135580 & (54)(55)(56)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN MANE SEVERE,
      Defendant-Appellant.

SC: 135580
COA: 270913
Kent CC: 04-010788-FC

_____/

      On order of the Court, the application for leave to appeal the September 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to stay, the motion to remand for an evidentiary hearing and the motion for appointment of counsel are DENIED.

      KELLY, J., would remand this case for a hearing pursuant to *People v Ginther*, 390 Mich 436 (1973).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2008

_____
Clerk

t0402